# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153850

BRONSON HEATH CARE GROUP, INC.,
d/b/a BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

SC: 153850
COA: 324847
Kalamazoo CC: 2014-000011-NF

TITAN INSURANCE COMPANY,
      Defendant/Third-Party Plaintiff-
      Appellant

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Third-Party Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

a0315